# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL
(In Chambers - No Appearances)

| | | | |
|---|---|---|---|
| Case No. | CV 11-5440 UA (AN) | Date | August 25, 2012 |
| Title | Keith Russell Judd v. Secretary of State of California, et al. | | |

| Present: The Honorable | AUDREY B. COLLINS, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| Angela Bridges | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   Plaintiff's motion for relief from judgment or order [10] ("Motion")

**Rulings:**   The Motion is DENIED.

**Discussion:**

     The Motion fails to set forth any basis for granting Plaintiff relief from the Court's 07/22/11 Order denying Plaintiff leave to proceed in forma pauperis [2]. Moreover, the Court also takes judicial notice that, on October 18, 2011, the United States Court of Appeals for the Ninth Circuit filed its Order [5] that disallowed Plaintiff's appeal of this Court's 07/22/11 Order from proceeding "[b]ecause the appeal is so insubstantial as to not warrant further review." Plaintiff's pending Motion, like his appeal, raises similar arguments that are equally insubstantial or frivolous. Accordingly, the Motion is DENIED.

                                                                                      : 

Initials of Preparer   AB